# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

154240

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 154240
                                  COA: 326159
                                  Eaton CC: 14-020114-FC

STARR LYNN KIOGIMA,
         Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017

t0517

                                       Clerk